IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:12-00020 |
| vs. | ) | CHIEF JUDGE HAYNES |
| | ) | |
| ANTONIO MEDINA | ) | |

MOTION TO CONTINUE TRIAL

Comes the Defendant, ANTONIO MEDINA, by and through counsel, and moves the Court to continue the trial of this cause presently set for February 26, 2013. The Defendant is seeking only a short continuance of one week.

The Defendant has decided, over this past weekend, that he wishes to forego a plea of guilty and proceed to trial. As such, counsel for the Defendant would need a short time period to finalize trial preparation by obtaining and analyzing Jencks material.

The Defendant is submitting a Waiver of Speedy Trial with this Motion. The Defendant was set to enter a plea at 1:30 on February 25, 2013, and could appear with counsel upon this Motion if the Court so directs.

In the alternative, the Defendant would ask that a recess be granted after jury selection, with proof to begin at 9:00 a.m., February 27, 2013.

WHEREFORE, for the reasons stated, the Defendant prays the Motion be granted.

Respectfully submitted,

/s/ Michael J. Flanagan
Michael J. Flanagan
Attorney for Defendant
95 White Bridge Road, Suite 208
Nashville, TN 37205
615/356-1580

*Handwritten annotation:* ORDER — Based upon the statement of Defendant Medina's counsel in open court in his presence, this motion is DENIED as moot. [signature] 2-25-13